IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MARCUS WALKER, INDIVIDUALLY
AND ON BEHALF OF THE WRONGFUL
DEATH BENEFICIARIES OF
DE'AUBREY RAJHEEM ROSCOE,
DECEASED                                                                PLAINTIFF

VS.                               CIVIL ACTION NO. 4:20CV156-GHD-JMV

SHABRIDGET CALDWELL, CITY OF
INDIANOLA POLICE OFFICER,
INDIVIDUALLY AND IN HER OFFICIAL
CAPACITY; ET AL.                                                        DEFENDANTS

**ORDER**

Consistent with the order [98] continuing the trial, the following deadlines now control:

Plaintiff's Expert Designation Deadline - November 11, 2021
Defendants' Expert Designation Deadline – December 11, 2021
Discovery Deadline – February 11, 2022
*Daubert* and Dispositive Motions Deadline – March 11, 2022

**SO ORDERED** this 3rd day of November, 2021.

/s/ Jane M. Virden
U.S. Magistrate Judge