**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MARCUS WALKER, INDIVIDUALLY,
AND ON BEHALF OF
THE WRONGFUL DEATH BENEFICIARIES OF
DE'AUBREY RAJHEEM ROSCOE,
DECEASED**                                                          **PLAINTIFF**

**v.**                             **CIVIL ACTION NO. 4:20-CV-00156-GHD-JMV**

**CITY OF INDIANOLA POLICE OFFICER
SHABRIDGET CALDWELL,
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY;
CITY OF INDIANOLA POLICE OFFICER
BENNIE MILTON,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;
CITY OF INDIANOLA POLICE OFFICER
REGINA STRONG,
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY;
THE CITY OF INDIANOLA, MISSISSIPPI;
MEDSTAT EMS CREW MEMBER JONATHAN UPP,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;
MEDSTAT EMS CREW MEMBER
ANDREW WALDA,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;
MEDSTAT EMS, INC.;
AND JOHN DOES 1-5,
INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY**           **DEFENDANTS**

**ORDER GRANTING DEFENDANTS SHABRIDGET CALDWELL, BENNIE MILTON,
AND CITY OF INDIANOLA'S MOTIONS FOR SUMMARY JUDGMENT**

    Pursuant to an Opinion issued this day, it is hereby ORDERED that:

    (1) Defendants Shabridget Caldwell and Bennie Milton's Motion for Summary Judgment [111] is GRANTED; and

    (2) Defendant City of Indianola, Mississippi's Motion for Summary Judgment [113] is likewise GRANTED.

    SO ORDERED, this the __31st__ day of March, 2022.

/s/ Glen H. Davidson
_____
SENIOR U.S. DISTRICT JUDGE