IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MARCUS WALKER, INDIVIDUALLY,
AND ON BEHALF OF
THE WRONGFUL DEATH BENEFICIARIES OF
DE'AUBREY RAJHEEM ROSCOE,
DECEASED                                                                          PLAINTIFF

v.                                    CIVIL ACTION NO. 4:20-CV-00156-GHD-JMV

CITY OF INDIANOLA POLICE OFFICER
SHABRIDGET CALDWELL,
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY;
CITY OF INDIANOLA POLICE OFFICER
BENNIE MILTON,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;
CITY OF INDIANOLA POLICE OFFICER
REGINA STRONG,
INDIVIDUALLY AND IN HER OFFICIAL CAPACITY;
THE CITY OF INDIANOLA, MISSISSIPPI;
MEDSTAT EMS CREW MEMBER JONATHAN UPP,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;
MEDSTAT EMS CREW MEMBER
ANDREW WALDA,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;
MEDSTAT EMS, INC.;
AND JOHN DOES 1-5,
INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY                                  DEFENDANTS

### ORDER GRANTING DEFENDANTS MEDSTAT EMS, INC., AND JONATHAN UPP'S MOTION TO EXCLUDE PLAINTIFF'S EXPERT OBIE MCNAIR, M.D.

Pursuant to an Opinion issued this day, it is hereby ORDERED that:

(1) the Motion to Exclude Plaintiff's Expert Obie McNair, M.D., filed by Defendants MedStat EMS, Inc., and Jonathan Upp [128] is GRANTED, and

(2) Dr. McNair shall be excluded from offering testimony in this case.

SO ORDERED, this the 13th day of May, 2022.

_____
SENIOR U.S. DISTRICT JUDGE