**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MARCUS WALKER, INDIVIDUALLY,**
**AND ON BEHALF OF**
**THE WRONGFUL DEATH BENEFICIARIES OF**
**DE'AUBREY RAJHEEM ROSCOE,**
**DECEASED**                                                                 **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 4:20-CV-00156-GHD-JMV**

**CITY OF INDIANOLA POLICE OFFICER**
**SHABRIDGET CALDWELL,**
**INDIVIDUALLY AND IN HER OFFICIAL CAPACITY;**
**CITY OF INDIANOLA POLICE OFFICER**
**BENNIE MILTON,**
**INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;**
**CITY OF INDIANOLA POLICE OFFICER**
**REGINA STRONG,**
**INDIVIDUALLY AND IN HER OFFICIAL CAPACITY;**
**THE CITY OF INDIANOLA, MISSISSIPPI;**
**MEDSTAT EMS CREW MEMBER**
**JONATHAN UPP,**
**INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;**
**MEDSTAT EMS CREW MEMBER**
**ANDREW WALDA,**
**INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;**
**MEDSTAT EMS, INC.;**
**AND JOHN DOES 1-5,**
**INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY**          **DEFENDANTS**

## ORDER GRANTING DEFENDANTS MEDSTAT EMS, INC., AND JONATHAN UPP'S MOTION FOR SUMMARY JUDGMENT

Pursuant to an Opinion issued this day, it is hereby ORDERED that:

(1) Defendants MedStat EMS, Inc., and Jonathan Upp's Motion for Summary Judgment

[133] is GRANTED;

(2) Defendants MedStat EMS, Inc., and Jonathan Upp are DISMISSED WITH

PREJUDICE, and

(3) As there is no longer a non-terminated, named defendant in this matter, this case is

CLOSED.

SO ORDERED, this the  1st day of June, 2022.

_____

SENIOR U.S. DISTRICT JUDGE